IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STONEY GLENN,
D.O.C. # A51181,

    Plaintiff,

v.                                                   4:24cv443–WS/MAF

OFFICER FLAGG,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed November 4, 2024. The magistrate judge recommends that Plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). Plaintiff has filed objections (ECF No. 5) to the report and recommendation.

Having reviewed the record, the undersigned finds—as did the magistrate judge—that Plaintiff is barred under § 1915(g) from proceeding in forma pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis is DENIED.

3. Plaintiff's complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

4. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

6. The clerk shall close the case.

DONE AND ORDERED this __17th__ day of __December__, 2024.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE